# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
    Petitioner,
    vs.
MR. DZURENDA, IN HIS OFFICIAL
CAPACITY AS THE DIRECTOR OF
NEVADA DEPARTMENT OF
CORRECTIONS; DWIGHT NEVEN, IN
HIS OFFICIAL CAPACITY AS
WARDEN OF HIGH DESERT STATE
PRISON; AND MR. GRAHAM, IN HIS
OFFICIAL CAPACITY AS THE LAW
LIBRARY SUPERVISOR AT HIGH
DESERT STATE PRISON,
    Respondents.

No. 70541

FILED

MAR 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus challenging petitioner's access to the law library. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

SUPREME COURT
OF
NEVADA

(O) 1947A

17-10034

On January 25, 2017, petitioner filed a motion to voluntarily withdraw the petition. Having considered the motion, we grant petitioner's request and we

ORDER the petition DISMISSED.[1]

_____, J.
Douglas

_____, J.          _____, J.
Gibbons                              Pickering


cc:     Justin Chanse Rider
        Attorney General/Carson City
        Attorney General/Las Vegas
        Legal Aid Center of Southern Nevada, Barbara E. Buckley,
             Executive Director
        Anne R. Traum, Coordinator, Appellate Litigation Section,
             Pro Bono Committee, State Bar of Nevada Supreme Court
        Kelly Dove

---

[1]We withdraw our order referring this petition to the Legal Aid Center of Southern Nevada for financial eligibility screening for the appointment of pro bono counsel. We deny as moot the Legal Aid Center's motion for an extension, filed on March 9, 2017.